SAMUEL PECK, PLAINTIFF IN ERROR, *v.* MARY YOUNG.

In error to the Court for the trial of Impeachments and Correction of Error, of the state of New York.

The counsel for the plaintiff in error, having filed a statement in writing, setting forth that the matters in controversy in this case had been agreed and settled between the parties; it is thereupon now here considered and adjudged by this court that this writ of error be and the same is hereby dismissed, at the cost of the plaintiff in error.